UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:07-cr-148(2) |
| Plaintiff, | : | |
| | : | Senior Judge Beckwith |
| v. | : | |
| | : | |
| MAURICE FERGUSON, | : | |
| Defendant. | : | |

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States, by and through the undersigned United States Attorney for the Southern District of Ohio, hereby moves this Court for the issuance of a Final Order of Forfeiture. The Final Order of Forfeiture will constitute a decree and judgment condemning and forfeiting all right, title, and interest in the subject property to the United States under 21 U.S.C. § 853(a). The Final Order of Forfeiture will also direct the Attorney General to dispose of the property according to law. This motion is supported by the record in this case and the following Memorandum.

Memorandum

On June 24, 2008, the Court entered a Preliminary Order of Forfeiture (Doc. 180) finding that all right, title, and interest of Maurice Ferguson in $103,020.00 in United States currency, (the "subject property") has been forfeited to the United States under 21 U.S.C. § 853(a); directing the United States Marshals Service to seize the property; and directing the United States to give notice of its intent to forfeit the property, including notice by publication in a newspaper of general circulation in the Southern District of Ohio.

The United States gave electronic notice through the CM/ECF notification system of the

Motion for Preliminary Order of Forfeiture to counsel for the defendant, and no objection was filed thereafter to the forfeiture of the subject property.

The United States published notice of this criminal forfeiture action in the <u>Cincinnati Court Index</u>, a newspaper of general circulation in the Southern District of Ohio, on August 4, 11 and 18, 2008 (Doc. 251).

On June 23, 2009, the Court held Maurice Ferguson's sentencing hearing and verbally pronounced the forfeiture of the subject property. The Judgment including sentence as to forfeiture establishes that the defendant shall forfeit the subject property to the United States (Doc. 283).

The United States represents that it knows of no other potential claimants to the subject property to whom it need give direct written notice.

No person or entity has filed a timely petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture.

21 U.S.C. § 853(n)(7) provides the following:

Following the court's disposition of all petitions filed under this subsection, or if no such petitions are filed following the expiration of the period provided in paragraph (2) for the filing of such petitions, the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee.

## Conclusion

Therefore, the United States moves this Court to enter a Final Order of Forfeiture.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

*s/Kenneth L. Parker*
KENNETH L. PARKER (0068805)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711  Fax: (513) 684-2047
Kenneth.Parker @usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Final Order of Forfeiture was filed with the Clerk of Court's CM/ECF filing system on October 9, 2009, which sends electronic notice to all parties to this action.

*s/Kenneth L. Parker*
KENNETH L. PARKER (0068805)
Assistant U.S. Attorney